**AKIN GUMP STRAUSS HAUER & FELD LLP**

Kevin G. McBride (SBN 195866)
Brock F. Wilson (SBN 248018)
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4200
Facsimile: (949) 885-4101
Email: kmcbride@akingump.com
Email: bfwilson@akingump.com

Cono A. Carrano (*pro hac vice*)
Ryan S. Stronczer (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
Email: ccarrano@akingump.com
Email: rstronczer@akingump.com

Lauren E. York (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field St., Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: lyork@akingump.com

Attorneys for Non-Party
Unified Patents, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE COURTHOUSE

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP, et al.,<br><br>           Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>           Defendant. | Case No. 5:22-mc-80115-VKD<br><br>**NON-PARTY UNIFIED PATENTS, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA ISSUED BY WAPP TECH LIMITED PARTNERSHIP, ET AL.**<br><br>Date Action Filed: May 6, 2022 |

COMES NOW Unified Patents, LLC ("Unified"), by and through its attorneys, Akin Gump Strauss Hauer & Feld LLP, and for its Notice of Withdrawal of Motion to Quash Subpoena Issued by Wapp Tech Limited Partnership and Wapp Tech Corporation (collectively, "Wapp") to Unified and states:

1. Unified was served a subpoena *duces tecum* (the "Subpoena") by Wapp's counsel, Masood Anjom of Ahmad, Zavitsanos & Mensing LLC in the above-styled matter.

2. Counsel for Unified filed a Motion to Quash the Subpoena issued by Wapp to Unified in this Court on May 6, 2022.

3. On May 9, 2022, Wapp agreed to voluntarily withdraw the Subpoena to Unified.

4. Based upon the above referenced agreement with Wapp's counsel, counsel for Unified hereby withdraws the Motion to Quash the Subpoena issued by Wapp to Unified.

Dated: May 10, 2022

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Kevin G. McBride*

Kevin G. McBride (SBN 195866)
Brock F. Wilson (SBN 248018)
AKIN GUMP STRAUSS HAUER & FELD LLP
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4200
Facsimile: (949) 885-4101
Email: kmcbride@akingump.com
Email: bfwilson@akingump.com

Cono A. Carrano (*pro hac vice*)
Ryan S. Stronczer (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
Email: ccarrano@akingump.com
Email: rstronczer@akingump.com

Lauren E. York (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field St., Suite 1800
Dallas, TX  75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: lyork@akingump.com